UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIPPE MAGLOIRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS, INC., ROBERT REFFKIN, SCOTT WAHLERS, ALLAN LEINWAND, FRANK MARTELL, JOSH MCCARTER, CHARLES PHILLIPS, STEVEN SORDELLO, PAMELA THOMAS-GRAHAM, DAWANNA WILLIAMS, and RYAN M. SCHNEIDER,<br><br>Defendants. | Civil Action No. 1:26-cv-08885<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiff Philippe Magloire in this action and requests that all parties serve upon the undersigned copies of all papers filed in or affecting this action.

DATED: October 19, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
JOSEPH RUSSELLO

*/s/ Joseph Russello*
JOSEPH RUSSELLO

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
jrussello@rgrdlaw.com

*Attorney for Plaintiff*