Davis Polk

Edmund Polubinski
+1 212 450 4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

November 10, 2026

Re: *Philippe Magloire v. Compass, Inc.*, 26 Civ. 8885 (CM) (RWL)

The Honorable Colleen McMahon
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

Dear Judge McMahon:

We represent Defendants Compass, Inc. ("Compass"), Robert Reffkin, Scott Wahlers, Allan Leinwand, Frank Martell, Josh McCarter, Charles Phillips, Steven Sordello, Pamela Thomas-Graham, Dawanna Williams, and Ryan M. Schneider (the "Individual Defendants," and, together with Compass, the "Defendants") in the above-referenced action (the "Action").

We write, together with Plaintiff Philippe Magloire, pursuant to Local Rule 7.1(e) and Rule IV.M of Your Honor's Individual Practices and Procedures, to respectfully request an adjournment of Defendants' deadline to respond to the Complaint, as well as the December 7, 2026 deadline to file a Civil Case Management Plan (and related January 7, 2027 conference) set forth in the Court's November 6, 2026 Order (ECF No. 28).

This case is a putative securities class action, in which Plaintiff asserts federal securities claims governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* 15 U.S. Code § 77z-1 *et seq*. As the Court is aware, the PSLRA provides putative members of the class an opportunity to file motions to serve as lead plaintiff and lead counsel within sixty days of notice of the action being published. *See* 15 U.S.C. § 77z-1(a)(3). Thereafter, and consistent with Rule IV.M of this Court's Individual Practices and Procedures, the Court will appoint a lead plaintiff and lead counsel and "set a schedule for the filing of a consolidated amended complaint and the making of motions to dismiss."

In light of Rule IV.M and given the expectation that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will move to dismiss, the Parties respectfully request an adjournment of any deadline for Defendants to answer or otherwise respond to the current Complaint until after the Court sets the schedule contemplated in Rule IV.M. The Parties made a similar joint request for an extension of time on October 30, 2026, prior to the Action's reassignment to Your Honor, that remains pending. (*See* ECF No. 23.) Compass was served with the Complaint on October 12, 2026, as a result of which its deadline to answer or otherwise respond would be November 2, 2026, in the absence of an extension. The Individual Defendants executed waivers of service on October 19, 2026, as a result of which their deadline to answer or otherwise respond is currently December 18, 2026.

For similar reasons, the Parties also respectfully request adjournment of the December 7 deadline to file a Civil Case Management Plan, as well as the related January 7, 2027 conference, until after a decision on Defendants' anticipated motion to dismiss. The Parties expect that lead plaintiff motions, which are due on December 8, 2026, will likely still be pending or will not yet have been filed at the time the Civil Case Management Plan is currently due. Further, as the Court is aware, the PSLRA provides that "all discovery

Davis Polk

and other proceedings" shall be stayed during the pendency of Defendants' anticipated motion to dismiss. *See* 15 U.S.C. § 77z-1(b)(1).

All Parties are in accord as to the adjournments requested herein. As noted above, on October 30, 2026, the Parties previously requested an extension of time for Defendants to respond to the complaint (ECF No. 23); the Court has not yet ruled on that request. The Parties have otherwise not previously requested extensions or adjournments of the deadlines referenced herein.

Accordingly, the Parties respectfully request that the Court adjourn Defendants' deadline to respond to the Complaint, as well as the deadline to submit a Civil Case Management Plan (and related conference) set forth in the November 6 Order. The Parties are available should the Court wish to discuss.

Respectfully submitted,

*/s/ Edmund Polubinski*

Edmund Polubinski

Cc: All counsel of record

**Via Electronic Filing**